

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

# O R D E R

On March 5, 2014, we granted appellant's motion to abate this appeal so that the trial court could make findings of fact and conclusions of law with respect to its denial of appellant's motion to suppress. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law has now been filed. We therefore REINSTATE this appeal and ORDER appellant to file his brief on or before **May 8, 2014**.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

Keith E. Hottle
Clerk of Court